UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                                    Chapter 11
                                                                                             Case No.  15-23686
THE CHALLAH FAIRY, INC,,

                                                                                             **AFFIDAVIT UNDER**
                                          Debtor                                         **LOCAL RULE 1007-2**
-----------------------------------------------------------------X
STATE OF NEW YORK    )
                                        ) SS.:
COUNTY OF ROCKLAND )

HANNAH FISCHER, being duly sworn deposes and says:

1. I am the President and Sole Stockholder, of The Challah Fairy herein, who filed a petition for relief under Chapter 11 of Title 11 of the United States Code in this Court.

2. This Chapter 11 petition is filed to preserve the integrity of the Debtor as your affiant, in her individual capacity, was ordered to deliver a stock certificate of the Debtor representing all of the issued and outstanding shares of the Debtor to the Sheriff of Rockland County pursuant to a judgment against your affiant personally and others, arising from an alleged obligation on promissory notes that I unwittingly guaranteed.

3. This is Debtors first case under Chapter 11.

4. There has been no Committee of Creditors organized prior to the filing of the Chapter 11 petition herein.

5. A list of Debtors twenty largest unsecured creditors is annexed as Exhibit "A".

6. There are no secured creditors except the taxing authority.

7. None of Debtors property is in the possession or custody of a receiver.

8. All of the property of the Debtor is located in Rockland County, in the State of New York. There are no assets located outside the territorial limit of the United States.

9. There are other actions presently pending against the Debtor in the State of New York. The Landlord, 170 North Main LLC, has commenced a summary proceeding for past due rent returnable November 24, 2015. We are attempting to resolve this with the Landlord even though our lease has expired by its terms.

10. Debtor intends to rehabilitate its interests as a Debtor-in-possession and in accordance with the provisions of Chapter 11 of the Bankruptcy Code, and intends to propose a Plan pursuant to the provisions thereof, which will include all of Debtors and your affiant's personal liabilities.

11. Debtor believes that it can eventually affect a Plan of Reorganization which will be acceptable to all of its creditors.

12. A liquidation of the assets of the Debtor would not be in the best interest of any of the parties hereto as the Principal of the Debtor is the moving force of Debtors success. The assets of the Debtor are of a deminimous value without your affiant.

13. That by reason of the foregoing, Debtor believes that the interest of all parties would best be served by a continuation as Debtor-in-possession and the continued management of the Debtors principal assets.

_____
HANNAH FISCHER

Sworn to before me this
23rd day of November, 2015

_____
NOTARY PUBLIC

MICHELLE TREBACH
Notary Public, State of New York
No. 01TR4947296
Qualified in Orange County
Commission Expires February 21, 20___

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    **The Challah Fairy, Inc.**                           Case No. _____

                                                              Debtor(s)         Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 170 N. Main LLC<br>120 North Main Street<br>New City, NY 10956 | 170 N. Main LLC<br>120 North Main Street<br>New City, NY 10956 | | | 19,000.00 |
| Allen Herman<br>614 Hempstead Gardens Drive<br>West Hempstead, NY 11552 | Allen Herman<br>614 Hempstead Gardens Drive<br>West Hempstead, NY 11552 | | | 60,000.00 |
| David Rosen Bakery Supply Co.<br>5921 Queens Midtown Expwy<br>Maspeth, NY 11378 | David Rosen Bakery Supply Co.<br>5921 Queens Midtown Expwy<br>Maspeth, NY 11378 | | | 20,000.00 |
| IRS<br>Holtsville, NY 00501 | IRS<br>Holtsville, NY 00501 | | | 10,000.00 |
| Israel Hagar<br>1140 49th Street<br>Brooklyn, NY 11219 | Israel Hagar<br>1140 49th Street<br>Brooklyn, NY 11219 | | | 20,000.00 |
| Rockland Economic Development<br>Two Blue Hill Plaza, 3rd Floor<br>PO Box 1575<br>Pearl River, NY 10965 | Rockland Economic Development<br>Two Blue Hill Plaza, 3rd Floor<br>PO Box 1575<br>Pearl River, NY 10965 | | | 13,000.00 |
| Summit Health Care<br>1797 Coney Island Avenue<br>Brooklyn, NY 11230 | Summit Health Care<br>1797 Coney Island Avenue<br>Brooklyn, NY 11230 | | | 70,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re   The Challah Fairy, Inc.  
_____  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 23, 2015**                Signature  *[signature]*  
                                          **Hannah Fischer aka Hannah Schlisser**  
                                          **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.