**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:                                                                     Chapter 11
                                                                                Case No.   15-23686-rdd
**THE CHALLAH FAIRY, INC.,**
                                                                                STATEMENT PURSUANT TO
                                     Debtor                            RULE 2016(b)
------------------------------------------------------------X

The undersigned, pursuant to Rule 2016(b) of the Bankruptcy Rules, states that the compensation paid or promised by the Debtors to the undersigned is as follows:

1) For legal services rendered the Debtor agrees to pay, as a retainer: $7,500.00 plus $1,717.00.

2) Prior to the filing of this Statement, the Debtor has paid the undersigned $3,783.00.

3) A third party has agreed to pay an additional retainer in the sum of $5,434.00, which has not been received.

4) Additional fees to be determined upon application to the Court.

The filing fee has been paid by the Debtor.

The services rendered or to be rendered include the following:

a) Analysis of the financial situation, and rendering advice and assistance to the client in determining whether to file a petition under Title 11 of the United States Code.

b) Preparation and filing of the Petition, schedules of assets and liabilities, and statement of affairs.

c) Representation of the client at the meetings of creditors under 11 U.S.C. §341(a).

d) Representation of client at all subsequent adjourned meetings.

e) Representation on all loan mitigation matters, applications and negotiations.

f) Representation on any applications and/or defense of any application re stay relief or secured claims.

g) Representation on confirmation hearing and preparation of appropriate documents for disclosure and confirmation.

h) Preparation and filing of the Order Confirming a Plan of Reorganization.

The undersigned further states that the source of monies paid by the Debtor to the undersigned was and is:

a) Filing Fee paid by Debtor.


IT IS CLEARLY UNDERSTOOD THAT THE LAW FIRM OF BARR, POST AND ASSOCIATES, LLP WILL BE ENTITLED TO ADDITIONAL COMPENSATION FROM THE DEBTOR BASED UPON THE ACTUAL TIME AND DISBURSEMENTS EXPENDED BY THEM ON THE DEBOR'S BEHALF UPON PROPER APPLICATION TO THE COURT.

NO PART OF THE ABOVE FEES ARE TO BE SHARED WITH ANY OTHER PERSON OR FIRM.

Dated: December 7, 2015                    Respectfully Submitted,

                                           _____
                                           Barr, Post & Associate, LLP
                                           Harvey S. Barr, Esq.
                                           Attorneys for the Debtor
                                           664 Chestnut Ridge Road,
                                           Spring Valley, NY  10977
                                           (845) 352-4080

Agreed to by:

_____
Hannah Fischer, President